UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLYN RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 22-CV-1079 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT KOHL'S, INC.'S TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(ECF No. 3) |

Presently before the Court is the Parties' Joint Motion to Extend Defendant Kohl's, Inc.'s ("Defendant") Time to Respond to Initial Complaint ("Joint Mot.," ECF No. 3). The Parties ask that the deadline for Defendant to file a motion or responsive pleading be extended from July 29, 2022, to either: (1) thirty days after entry of the Court's order on Plaintiff Kimberlyn Rodriguez's contemplated motion to remand, should such motion be denied; or (2) if no such motion is filed, September 27, 2022. *Id.* at 1. The Parties contend good cause exists for the extension "so as to obtain a ruling on the jurisdictional issues . . . prior to Defendant filing any motion to dismiss or any other response," which will "streamline the Parties' initial motion practice, avoid potentially unnecessary motion practice in this Court, and conserve party and judicial resources." *Id.*

Good cause appearing, the Court **GRANTS** the Joint Motion.[1] Plaintiff **SHALL FILE** any motion to remand <u>on or before August 22, 2022</u>. Defendant **SHALL RESPOND** to the Complaint either: (1) thirty (30) days after entry of the Court's order denying Plaintiff's contemplated motion to remand; or (2) on or before September 27, 2022, should Plaintiff fail to file a motion to remand on or before August 22, 2022.

**IT IS SO ORDERED.**

Dated: July 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

[1] By jointly moving for the requested relief, the Parties do not seek to be relieved of any applicable obligation to meet and confer before filing their contemplated motions, nor do they waive—and they expressly reserve—all rights, claims, remedies, defenses, and challenges in this action, including as to further sequencing and scheduling of Defendant's contemplated motion to compel individual arbitration of Plaintiff's claims and/or motion to dismiss.