UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLYN RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 22-CV-1079 JLS (WVG)<br><br>**ORDER (1) APPROVING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND (2) DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 5) |

Presently before the Court is the Parties' Stipulation of Dismissal of Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Stip.," ECF No. 5).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    Good cause appearing, the Court **APPROVES** the Stipulation and **DISMISSES**
2 **WITH PREJUDICE** the above-captioned action in its entirety as to Plaintiff Kimberlyn
3 Rodriguez's individual claims.  As this concludes the litigation in this matter, the Clerk of
4 the Court **SHALL CLOSE** the file.
5    **IT IS SO ORDERED.**
6 Dated:  October 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge